IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JAMES JULIAN, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | |
| v. ) | No. 24-2293-KHV |
| ) | |
| CLEARLINK INSURANCE ) | |
| AGENCY, LLC, et al., ) | |
| Defendants. ) | |
| ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on <u>Plaintiff's Motion For Default Judgment As To Defendant EDM Leads, LLC</u> (Doc. #77) and <u>Plaintiff's Motion For Default Judgment As To Defendant Boss Leads, LLC</u> (Doc. #78), both filed June 3, 2025. For reasons stated below, the Court overrules plaintiff's motions.

Plaintiff asks the Court to enter default judgment against EDM Leads, LLC and Boss Leads Live, LLC for their failure to timely answer the complaint. Plaintiff may not proceed directly to default judgment, however, before receiving an entry of default. Rule 55 contemplates a two-step process by which a party first receives an entry of default under Rule 55(a) and then applies for default judgment under Rule 55(b). Fed. R. Civ. P. 55. On June 12, 2025, plaintiff filed applications which asked the Clerk to enter default against EDM Leads, LLC and Boss Leads Live, LLC. That same day, the Clerk entered default against both defendants. Because plaintiff cannot proceed directly to default judgment and the Clerk had not entered default before he filed his motion, the Court overrules plaintiff's motion for default judgment without prejudice.[1]

---

[1] In any event, plaintiff has not shown that entry of default judgment against EDM Leads, LLC and Boss Leads Live, LLC is appropriate at this stage. In his motions, plaintiff asks
(continued. . .)

**IT IS THEREFORE ORDERED** that Plaintiff's Motion For Default Judgment As To Defendant EDM Leads, LLC (Doc. #77) filed June 3, 2025 is **OVERRULED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion For Default Judgment As To Defendant Boss Leads, LLC (Doc. #78) filed June 3, 2025 is **OVERRULED**.

Dated this 8th day of July, 2025 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge

---

[1](. . .continued)
the Court to conduct a hearing on the amount of damages after discovery in this case is complete, i.e. October 10, 2025. Amended Scheduling Order (Doc. #86) filed June 18, 2025 at 2.